

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2019

No. 04-19-00067-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Teresita **CRUZ**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI05398
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellee's motion for an extension of time to file her brief is GRANTED. Appellee's brief is due on or before **June 12, 2019.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court